## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 240 | **DATE** | 2/22/2008 |
| **CASE TITLE** | IRON WORKERS' MID-AMERICA PEN. PLAN, et al. Vs. BV AND ASSOCS.,etc. | | |

**DOCKET ENTRY TEXT**

Enter Consent Decree in favor plaintiffs' and against defendant d/b/a Clearvisions, Inc. and Robert K. Voigt, an individual in the amount of $1,857.36. The Court retains jurisdiction to enforce this order. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

